IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 13-6- UNA |
| MICHAEL FORD, | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Michael Ford, pursuant to an Indictment returned against him by the Federal Grand Jury on January 23, 2007.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated:   January 23, 2007

**AND NOW**, this __23__ day of __January__, 2007, based upon the foregoing Motion,

FILED

JAN  23 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Michael Ford.

                                                            _____
                                                            HONORABLE MARY PAT THYNGE
                                                            United States Magistrate Judge