AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

MICHAEL FORD

**WARRANT FOR ARREST**

Case Number:   CR 07-13-6-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL FORD _____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT WIRE FRAUD - ( COUNT VII )

FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 371 ( IN VIOLATION OF 18:1343 )

PETER T. DALLEO                                            BY: _____signature_____ ; DEPUTY CLERK
Name of Issuing Officer                                    Signature of Issuing Officer

CLERK OF COURT                                             JANUARY 23, 2007 at WILMINGTON, DE
Title of Issuing Officer                                   Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St.

DATE RECEIVED: 1/23/07
DATE OF ARREST: 2/1/07

NAME AND TITLE OF ARRESTING OFFICER: William David, DUSM

SIGNATURE OF ARRESTING OFFICER: _____signature_____