IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-013-6-SLR |
| ) | |
| MICHAEL FORD, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 16th day of April, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Monday, April 23, 2007** at **10:45 a.m.**, with the court initiating said call.

_____
United States District Judge