IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER MARRERO, )<br>ANABELLE LUNA, CARLOS )<br>BERRIOS, MADELINE MALDONADO, )<br>and MICHAEL FORD, )<br>)<br>Defendants. ) | Crim. No. 07-013-SLR |

ORDER

At Wilmington this 19th day of April, 2007, having considered the unopposed motions for extension of time in which to file pretrial motions;

IT IS ORDERED that:

1. Said motions are granted. (D.I. 47, 48)

2. The telephone status conferences scheduled for **Monday, April 23, 2007** are **cancelled** and **rescheduled** to commence on **Monday, May 7, 2007** at **9:00 a.m.**, with plaintiff initiating said call.

3. The time between this order and the **May 7, 2007** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge