IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-013-SLR |
| ) | |
| CHRISTOPHER MARRERO, ) | |
| ANABELLE LUNA, CARLOS ) | |
| BERRIOS, MADELINE MALDONADO, ) | |
| and MICHAEL FORD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 10th day of May, 2007,

IT IS ORDERED that, due to illness of the presiding judge, the teleconference scheduled for May 7, 2007 has been **rescheduled** to commence on **Thursday, May 17, 2007** at **8:30 a.m.**, with plaintiff initiating said call.

IT IS FURTHER ORDERED that the time between May 7, 2007 and May 17, 2007 teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge