IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-013-SLR |
| | ) | |
| CHRISTOPHER MARRERO, | ) | |
| ANABELLE LUNA, CARLOS | ) | |
| BERRIOS, MADELINE MALDONADO, | ) | |
| and MICHAEL FORD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 17th day of May, 2007, having conferred with counsel,

IT IS ORDERED that a telephonic status conference is scheduled for

**Friday, June 8, 2007** at **8:30 a.m.**, with plaintiff initiating said call.

3.      The time between this order and the **June 8, 2007** teleconference

shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. §

3161(h)(8)(A).

_____
United States District Judge