PS 42
(Rev 07/03)

# United States District Court

## DISTRICT OF DELAWARE

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Michael Ford | ) | Case No. 07-13-006 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Ford, have discussed with Carol L. Sain, Pretrial Services/Probation Officer, modification of my release as follows:

Participate in mental health counseling as directed by the U.S. Pretrial Service Office, and take all medication as prescribed.

I consent to this modification of my release conditions and agree to abide by this modification.

_Michael D. Ford_    7-26-07    _[signature]_    7-26-07
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Elayne C. Bryn_    7-25-07
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on 7/31/07.

[ ] The above modification of conditions of release is not ordered.

_[signature]_    7/31/07
Signature of Judicial Officer    Date