PROB 12
(Rev 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. <u>1:07CR00013-006 SLR</u> |
| Michael Ford | ) ) ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Michael Ford, who was placed on supervision by the Honorable <u>Sue L. Robinson,</u> sitting in the court at <u>Wilmington</u> on the <u>26th</u> day of <u>September, 2007</u> who fixed the period of supervision at <u>three years,</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer.
2. At the discretion of the probation officer, the defendant shall participate in mental health counseling at the direction of the probation officer.
3. The defendant shall provide the probation officer with access to any requested finanical information.
4. The defendant shall not incur new credit charges or open addtional lines of credit.
5. The defendant pay restitution in the amount of $10,166.83, joint and several with his co-defendants.

It is further ordered that the defendant pay to the United States a special assessment of $100, which shall be due immediately.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a summons be issued for Michael For so he may be brought before the Court to answer the charges of violating the conditions of his probation.

ORDER OF COURT

Considered and ordered this <u>5th</u> day of <u>May</u>, 2008.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place     <u>Wilmington, Delaware</u>

Date      <u>April 29, 2008</u>

**Evidence:**

Mr. Ford pled guilty in Superior Court on April 10, 2008 to the charge of aggravated menacing. Sentencing is schedule for June 20, 2008. The new offense occurred during the term of probation.