IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-13-6-SLR |
| MICHAEL FORD, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 27th day of May, 2008;

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Thursday, June 5, 2008** at **11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge