IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-13-6-SLR |
| MICHAEL FORD, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 5th day of June 2008;

IT IS ORDERED that the sentencing hearing is scheduled for **Monday, August 11, 2008** at **4:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                            _____
                                                            United States District Judge